## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Cynthia A. Johnson, et al.,
    Plaintiffs,

      vs                                Case No.  1:01-cv-676

Metabolife International, Inc.,
    Defendant

### ORDER

The above captioned case was closed on July 11, 2003.  Therefore, **IT IS ORDERED** that all **SEALED DOCUMENT(S)** (Doc. 43) be returned to the custody of the filing party.

March 17, 2004                          s/Sandra S. Beckwith
Date                                     Sandra S. Beckwith
                                          United States District Judge